1   Elissa Gershon, State Bar No. 169741
    Kimberly Swain, State Bar No. 100340
2   Elizabeth Zirker, State Bar No. 233487
    PROTECTION & ADVOCACY, INC.
3   1330 Broadway, Suite 500
    Oakland, CA 94612
4   Telephone:     (510) 267-1200
5   Facsimile:     (510) 267-1201
    Elissa.Gershon@pai-ca.org
6   Kim.Swain@pai-ca.org
    Elizabeth.Zirker@pai-ca.org
7
    Attorneys for Plaintiffs
8
    [Complete list of counsel on following pages.]
9

10
                  IN THE UNITED STATES DISTRICT COURT
11
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13  MARK CHAMBERS, et al.              )   Case No.:  C06-06346 WHA
                                       )
14          Plaintiffs,                )   **ADMINISTRATIVE MOTION AND**
                                       )   **[PROPOSED] ORDER TO MODIFY**
                                  v.   )   **SCHEDULING ORDER**
15                                     )
    CITY AND COUNTY OF                 )   **CLASS ACTION**
16  SAN FRANCISCO                      )
                                       )
17          Defendant.                 )
                                       )
18                                     )
                                       )
19

20

21

22

23

24

25

26

27

28                                     i

1  Arlene Mayerson, State Bar No. 79310
   Larisa Cummings, State Bar No. 131076
2  Silvia Yee, State Bar No. 222737
   DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
3  2212 Sixth Street
   Berkeley, CA 94710
4  Telephone:   (510) 644-2555
   Facsimile:   (510) 841-8645
5  amayerson@dredf.org
   lcummings@dredf.org
6  syee@dredf.org

7  Ira Burnim, *Pro Hac Vice*
   Jennifer Mathis, *Pro Hac Vice*
8  BAZELON CENTER FOR MENTAL HEALTH LAW
   1101 – 15th Street, N.W., Suite 1212
9  Washington, D.C, 20005-2002
   Telephone:   (202) 467-5730
10 Facsimile:   (202) 223-0409
   irab@bazelon.org
11 jenniferm@bazelon.org

12 Bruce Vignery, *Pro Hac Vice*
   Dorothy Siemon, *Pro Hac Vice*
13 AARP FOUNDATION LITIGATION
   601 "E" Street, N.W., Bldg A4-170
14 Washington, DC 20049
   Telephone:    (202) 434-2060
15 Facsimile:    (202) 434-2127
   BVignery@aarp.org
16 DSiemon@aarp.org

17 Henry Su, State Bar No. 211202
   Aaron Myers, State Bar No. 200145
18 HOWREY LLP
   1950 University Avenue, 4th Floor
19 East Palo Alto, CA 94303
   Telephone:   (650) 798-3500
20 Facsimile:    (650) 798-3600
   Suh@howrey.com
21 Myersa@howrey.com

22 Joseph Song, State Bar No. 239494
   Robert Kramer, State Bar No. 181706
23 HOWREY LLP
   525 Market Street, Suite 3600
24 San Francisco, CA 94105
   Telephone:   (415) 848-4900
25 Facsimile:   (415) 848-4999
   Songj@howrey.com
26 Kramerr@howrey.com

27

28                                  ii

1    Plaintiffs in the above-referenced matter seek leave of Court to modify the

2    scheduling order of October 11, 2006, in that the scheduling order pertains to cases

3    asserting denial of physical access under the Americans with Disabilities Act Title III (42

4    U.S.C. 12181-89), which is not applicable to this case.  Thus, Plaintiffs request that a

5    Case Management Conference be scheduled for February 8, 2007, and this Court issue an

6    Order Setting Initial Case Management Conference and ADR Deadlines, pursuant to

7    Civil Local Rule 16-2.  Plaintiffs have met and conferred with Defendant.  Defendant

8    declines to join in this motion as a motion is pending before Judge Armstrong to

9    determine whether the present case should be related to *Davis v. CHHSA,* C00-2532-SBA

10   (partially settled and dismissed without prejudice by Order of Court March 30, 2004).

11       The present case was filed on October 11, 2006, asserting claims under Title II of

12   the Americans with Disabilities Act (ADA) (42 U.S.C.A. §§ 12101 – 12213 (West

13   2005)).  Section 504 of the Rehabilitation Act of 1973 (29 U.S.C.A. §§ 794 – 794a (West

14   2006)), and Cal. Gov't Code § 11135.  All of these laws proscribe discrimination on the

15   basis of disability by public entities such as Defendant.  This case involves the provision

16   of community based services and supports to individuals with disabilities who are

17   currently institutionalized at Laguna Honda Hospital in San Francisco.  This case does

18   not involve physical access to a particular site, nor do Plaintiffs assert claims involving

19   denial of physical access pursuant to Title III of the ADA. Nonetheless, because on the

20   Civil Case Cover Sheet, the "Nature of Suit" was marked as "446 Amer w/ dis—other"

21   an ADA Title III Scheduling Order was issued.  This Order is inapplicable to the action

22   herein, as this case will not turn on a Joint Site Inspection, but rather, should follow the

23   procedures set forth in Local Rule 16-2.

24       Thus, in accordance with FRCP 16 and 26, and Civil Local Rule 16-2(a),

25   Plaintiffs respectfully request that this Court issue an Order Setting Initial Case

26

27                                              1

28   *CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* C06-06346-WHA
     ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER

1  Management Conference and ADR Deadlines, with the Case Management Conference

2  set for February 8, 2007 at 11:00 a.m.   A joint case management statement is due February 1, 2007.

3

4

5  Date:_____                    PROTECTION AND ADVOCACY, INC.

6

7                                                  By:      _____/s/_____

8                                                           Elissa Gershon
                                                            Counsel for Plaintiffs

9

10  IT IS SO ORDERED.

11

12  Date:_____December 6, 2006._____     By:

13

14

15

16  F:\DOCS\Chambers\PLEADINGS\Admin Motion - Prop Order-Modifying Scheduling Order .doc

17

18

19

20

21

22

23

24

25

26

27                                               2
    _____
28  *CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* C06-06346-WHA
    ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER