IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T. and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | No. C 06-06346 WHA <br><br> **ORDER DENYING REQUEST TO STAY LITIGATION** |

Finding no good cause, the parties' joint request to stay litigation for settlement purposes is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 30, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE