# EXHIBIT A

| | |
|---|---|
| 1 | Elissa Gershon, State Bar No. 169741 |
| 2 | Kimberly Swain, State Bar No. 100340 |
|   | Elizabeth Zirker, State Bar No. 233487 |
| 3 | PROTECTION & ADVOCACY, INC. |
|   | 1330 Broadway, Suite 500 |
| 4 | Oakland, CA 94612 |
|   | Telephone:   (510) 267-1200 |
| 5 | Facsimile:    (510) 267-1201 |
| 6 | Elissa.Gershon@pai-ca.org |
|   | Kim.Swain@pai-ca.org |
| 7 | Elizabeth.Zirker@pai-ca.org |
| 8 | Attorneys for Plaintiffs |
| 9 | [Complete list of counsel on following pages.] |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, WOODROW FALLS, JR., M. H., PHILLIP K., GERALD SCOTT, MARY T. and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No.: C06-06346 WHA<br><br>**INITIAL DISCLOSURE OF PLAINTIFFS MARK CHAMBERS, WOODROW FALLS, JR., M. H., PHILLIP K., GERALD SCOTT, MARY T. and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO, et al.** |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs in the above-captioned case make the following initial disclosures:

### PLAINTIFFS' INITIAL DISCLOSURES

**A.     Identity of Persons Likely to have Discoverable Relevant Information that the Plaintiffs may use to support their claims.**

    **1.     Plaintiffs**

    a.     Mark Chambers     Unit O-7, Laguna Honda Hospital, 375 Laguna Honda Blvd.,

San Francisco, CA 94116.

 b. Woodrow Falls, Jr. Unit C-3, Laguna Honda Hospital.

 c. Phillip K. Unit C-3, Laguna Honda Hospital.

 d. Gerald Scott Unit C-3, Laguna Honda Hospital.

 e. Mary T., San Francisco, CA; Complete address can be provided under separate cover upon request.

 f. M.H., San Francisco, CA; Complete address can be provided under separate cover upon request.

 g. Herb Levine, Executive Director: Independent Living Resource Center of San Francisco, 649 Mission Street, Third Floor, San Francisco, CA 94105, (415) 543-6222.

  **2. San Francisco Personnel and Other Knowledgeable Individuals**

 a. Mitch Katz, Director of San Francisco Department of Public Health (SFDPH); Knowledgeable about Laguna Honda Hospital, San Francisco Health Department institutional and community-based programs and services, health department budget, state and federal institutional and community-based programs for class members. 101 Grove, Room 306, San Francisco, CA 94102. Telephone: (415) 554-2601.

 b. Liz Gray, Long Term Care Director, SFDPH; Knowledgeable about Targeted Case Management Program, Laguna Honda Hospital placement, community-based programs and services. 1380 Howard Street, 5th Floor, San Francisco, CA 94103. Telephone: (415) 255-3797.

 c. Barbara Garcia, Community Health Programs, SFDPH; Knowledgeable about Targeted Case Management Program, Laguna Honda Hospital placement, community-based programs and services. 1380 Howard Street, 5th Floor, San Francisco, CA 94103.

 d. Mark Trotz, Housing and Urban Health, SFDPH; Knowledgeable about San Francisco housing and health programs, including supportive housing programs and other housing funded by San Francisco. 101 Grove, Room 323, San Francisco, CA 94102. Telephone: (415) 554-2565.

---

e. Anne Kronenberg, Policy and Planning, SFDPH; Knowledgeable about Department of Public Health programs and services. 101 Grove, San Francisco, CA 94102.

f. Kathy Eng, Health at Home, SFDPH ; Knowledgeable about in-home community based nursing and health programs. 101 Grove, San Francisco, CA 94102.

g. Ed Harrington, Controller, City of San Francisco; Knowledgeable about City and department budgets, Laguna Honda Hospital rebuild, funding for community and institutional services. City Hall, Room 316, 1 Dr. Carlton B. Goodlett Pl., San Francisco, CA 94102. Telephone: (415) 554-7500.

h. Gregg Sass, Chief Financial Officer, SFDPH; Knowledgeable about health department budget, Laguna Honda Hospital rebuild, funding for community and institutional services. 101 Grove, San Francisco, CA 94102.

i. John Kanaley, Executive Director, Laguna Honda Hospital; Knowledgeable about Laguna Honda Hospital rebuild, past, current and projected budgets for Laguna Honda, staffing and patient information. 375 Laguna Honda Blvd., San Francisco, CA 94116. Telephone: (415) 759-2300.

j. Robert Cabaj, Director of CBHS, SFDPH; Knowledgeable about community-based mental health services. 1380 Howard Street, 5th Floor San Francisco, 94103.

k. Anne Hinton, Director, Department of Aging and Adult Services (DAAS). Knowledgeable about community-based services and programs, the Department of Aging and Adult Services, IHSS, case management, community living fund, city budget and funding information related to long term care. 875 Stevenson Street, 3rd Floor, San Francisco, CA. Telephone: (415) 355-3555.

l. Trent Rhorer, Executive Director San Francisco Department of Human Services; Knowledgeable about programs and services under the Human Services Agency. 170 Otis Street, San Francisco, CA 94103. Telephone: (415) 557-5000.

m. Phil Arnold, Deputy Director, Administrative Services Department of Human Services; Knowledgeable about programs and services under the Human Services Agency. 170 Otis Street, San Francisco, CA 94103.

n. Anthony Nicco, In-Home Supportive Services (IHSS), Department of Human Services; Knowledgeable about In-Home Supportive Services program. 170 Otis Street, San Francisco, CA 94103.

o. Donna Calame, IHSS Public Authority; Knowledgeable about IHSS and community programs, Long Term Care Coordinating Council activities and publications. 939 Market Street, Suite 550, San Francisco, CA 94103. Telephone: (415) 243-4477.

p. Margy Baran, IHSS Consortium; Knowledgeable about IHSS and community programs, Long Term Care Coordinating Council activities and publications. 1453 Mission Street, Suite 520, San Francisco, CA 94103. Telephone: (415) 255-2079.

q. Luis Calderon, IHSS Public Authority; Knowledgeable about IHSS and community programs, Long Term Care Coordinating Council activities and publications. 939 Market Street, Suite 550, San Francisco, CA 94103. Telephone: (415) 243-4477.

r. Knowledgeable staff of the Mayor's Office on Housing.

s. Knowledgeable staff of the Mayor's Office on Disability.

t. Knowledgeable staff of the San Francisco Redevelopment Agency.

u. Knowledgeable members of the San Francisco Long Term Care Coordinating Council.

v. Knowledgeable persons involved with the July 2005 Report commissioned by San Francisco and completed by Health Management Associates entitled: "The San Francisco Department of Public Health Its Effectiveness as an Integrated Health Care Delivery System and Provider of a Continuum of Long Term Care Services."

w. Knowledgeable persons involved with the May 2005 San Francisco Controller's Report entitled: "Laguna Honda Replacement Program Where do we go from here?"

x. Knowledgeable persons involved with the Long Term Care Coordinating Council's July 2005 report entitled "The San Francisco Long Term Care Coordinating Council Community Placement Plan."

y. Persons most knowledgeable about the following subjects, including city employees:

- Community and home-based alternatives to institutional care in San Francisco for class members;
- Recommendations for placement of named plaintiffs and class members;
- Assessments of Laguna Honda Hospital residents regarding discharge planning and services in the most integrated setting for class members;
- Costs of provision of services in Laguna Honda and in the community, including budget processes for provision of institutional and community services for class members;
- Home and Community-based waiver programs for class members;
- San Francisco's Olmstead plan and planning process;
- Case management programs for adults run by City departments and by non-profit organizations for class members;
- Housing programs for people with disabilities, including those of the San Francisco Housing Authority, the Department of Public Health, Human Services Agency, San Francisco Redevelopment Agency, Mayor's Office on Housing;
- Community-based programs for people with mental illness and substance abuse, including but not limited to information regarding Community Behavioral Health Services.

**B.     Identification of Documents likely to be Relevant to support Plaintiffs claims.**

Plaintiffs disclose the documents produced herewith, as set forth in the attached index and Bates-stamped as indicated, in addition to monthly TCM reports from March, 2004-December 2006.

**C.**   **Computation of Damages/Relief Sought**

1. This case involves claims for declaratory and injunctive relief and does not seek damages on behalf of plaintiffs or class members.
2. Reasonable attorneys' fees and costs incurred in pursuing these claims.

**D.**   **Insurance Agreements**

Not applicable.

*MARK CHAMBERS ET AL. V. CITY AND COUNTY OF SAN FRANCISCO;* C06-06346 WHA
INITIAL DISCLOSURE OF PLAINTIFFS            6

# **CERTIFICATION OF DISCLOSURE**

To the best of my knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, the disclosure is complete and correct as of the time it is made.

**LIST OF COUNSEL FOR PLAINTIFFS**

Elissa Gershon, State Bar No. 169741
Kimberly Swain, State Bar No. 100340
Elizabeth Zirker, State Bar No. 233487
PROTECTION & ADVOCACY, INC.
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone:  (510) 267-1200
Facsimile:  (510) 267-1201
Elissa.Gershon@pai-ca.org
Kim.Swain@pai-ca.org
Elizabeth.Zirker@pai-ca.org

Arlene Mayerson, State Bar No. 79310
Larisa Cummings, State Bar No. 131076
Silvia Yee, State Bar No. 222737
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone:  (510) 644-2555
Facsimile:  (510) 841-8645
amayerson@dredf.org
lcummings@dredf.org
syee@dredf.org

Ira Burnim, *Pro Hac Vice*
Jennifer Mathis, *Pro Hac Vice*
BAZELON CENTER FOR MENTAL HEALTH LAW
1101 – 15th Street, N.W., Suite 1212
Washington, D.C, 20005-2002
Telephone:  (202) 467-5730
Facsimile:  (202) 223-0409
irab@bazelon.org
jenniferm@bazelon.org

Bruce Vignery, *Pro Hac Vice*
Dorothy Siemon, *Pro Hac Vice*
AARP FOUNDATION LITIGATION
601 "E" Street, N.W., Bldg A4-170
Washington, DC 20049
Telephone:  (202) 434-2060
Facsimile:  (202) 434-2127
BVignery@aarp.org

*MARK CHAMBERS ET AL. V. CITY AND COUNTY OF SAN FRANCISCO;* C06-06346 WHA
INITIAL DISCLOSURE OF PLAINTIFFS            7

DSiemon@aarp.org

Henry Su, State Bar No. 211202
Aaron Myers, State Bar No. 200145
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone:   (650) 798-3500
Facsimile:    (650) 798-3600
Suh@howrey.com
Myersa@howrey.com

Robert F. Kramer, State Bar No. 181706
Joseph Song, State Bar No. 239494
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone:   (415) 848-4900
Facsimile:    (415) 848-4999
KramerR@howrey.com
Songj@howrey.com

DATE:_____                    PROTECTION & ADVOCACY, INC.

 

 

                                         By:    _____
                                                Elissa Gershon
                                                Attorney for Plaintiffs

F:\DOCS\Chambers\DISCOVERY\initial disclosures\initial disclosures 1-31-07.doc

---

*MARK CHAMBERS ET AL. V. CITY AND COUNTY OF SAN FRANCISCO;* C06-06346 WHA
INITIAL DISCLOSURE OF PLAINTIFFS                8