IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T. and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO, et al.,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 06-06346 WHA

**ORDER DENYING APPROVAL OF PROPOSED CLASS NOTICE**

The proposal for distribution of the notice is insufficient. While the proposal would apprise those *currently* living in Laguna Honda of the class action, there would be insufficient notice as to those class members who are: (1) on waiting lists for Laguna Honda; (2) within two years post-discharge from Laguna Honda; or (3) patients at San Francisco General Hospital or other hospitals owned or controlled by the City and County of San Francisco, who are eligible for discharge to Laguna Honda. Adequate notice must be given to those class members as well.

The parties must meet and confer and submit a revised stipulation by **NOON** on **JULY 26, 2007.**

**IT IS SO ORDERED.**

Dated: July 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE