Elissa Gershon, State Bar No. 169741
Kimberly Swain, State Bar No. 100340
Elizabeth Zirker, State Bar No. 233487
PROTECTION & ADVOCACY, INC.
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
Elissa.Gershon@pai-ca.org
Kim.Swain@pai-ca.org
Elizabeth.Zirker@pai-ca.org

Attorneys for Plaintiffs

[Complete list of counsel on following pages.]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, et al. | Case No.: C06-06346 WHA |
| Plaintiffs, | **REVISED STIPULATION AND [PROPOSED] ORDER RE NOTICE OF CLASS CERTIFICATION** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO | **CLASS ACTION** |
| Defendant. | |

---

1

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* C06-06346 WHA
REVISED STIPULATION AND [PROPOSED] ORDER RE NOTICE OF CLASS CERTIFICATION

Arlene Mayerson, State Bar No. 79310
Larisa Cummings, State Bar No. 131076
Silvia Yee, State Bar No. 222737
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone: (510) 644-2555
Facsimile: (510) 841-8645
amayerson@dredf.org
lcummings@dredf.org
syee@dredf.org

Ira Burnim, *Pro Hac Vice*
Jennifer Mathis, *Pro Hac Vice*
BAZELON CENTER FOR MENTAL HEALTH LAW
1101 – 15th Street, N.W., Suite 1212
Washington, D.C, 20005-2002
Telephone: (202) 467-5730
Facsimile: (202) 223-0409
irab@bazelon.org
jenniferm@bazelon.org

Bruce Vignery, *Pro Hac Vice*
AARP FOUNDATION LITIGATION
601 "E" Street, N.W., Bldg A4-170
Washington, DC 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2127
BVignery@aarp.org

Henry Su, State Bar No. 211202
Aaron Myers, State Bar No. 200145
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
Suh@howrey.com
Myersa@howrey.com

Robert Kramer, State Bar No. 181706
Joseph Song, State Bar No. 239494
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Songj@howrey.com
Kramerr@howrey.com

2

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* C06-06346 WHA
REVISED STIPULATION AND [PROPOSED] ORDER RE NOTICE OF CLASS CERTIFICATION

# REVISED STIPULATION AND [PROPOSED] ORDER RE NOTICE OF CLASS CERTIFICATION

Pursuant to the Court's class certification order dated July 2, 2007, the parties stipulate as follows:

1. In furtherance of this Court's Order that notice of class certification be distributed in order to encourage broad community participation in this case, the proposed notice agreed to by the parties is attached hereto as Exhibit A.

2. <u>Translation and Alternative Format:</u> In order to ensure that effective notice is provided to non-English reading and visually impaired class members, Defendant will:

   a. Translate the written notice into Chinese and Spanish within 20 days. Defendant will provide a draft of the translations to Plaintiffs' counsel for review. Plaintiffs will provide comments to Defendant within 7 days.

   b. Record the notice onto cassettes or CD's in English, Spanish, and Cantonese and provide a draft copy of the recordings to Plaintiffs within 14 days after the parties have agreed on the translations of the written notice. Plaintiffs will provide comments to Defendant within 7 days.

   c. Ensure the availability of copies of the notice, upon request, in all languages in 18 point font.

   d. Ensure that class members with visual impairments are offered the option of a Braille version of the notice. If a Braille notice is requested, Defendant will notify Plaintiffs' counsel, who will provide such notice.

3. <u>Distribution of Notice:</u> In order to ensure the widest distribution of notice as possible, the parties will take the following actions within 20 days of finalizing the notice:

   a. Plaintiffs will post the notice in all formats on all of co-counsel's websites: www.pai-ca.org, www.dredf.org, www.howrey.com, www.aarp.org, www.bazelon.org; and on the website of organizational plaintiff Independent Living Center San Francisco (ILRCSF), www.ilrcsf.org.

---

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* C06-06346 WHA
REVISED STIPULATION AND [PROPOSED] ORDER RE NOTICE OF CLASS CERTIFICATION

3

  b. Plaintiffs will coordinate with community advocates in San Francisco to distribute the notice via listservs, such as CADA, and others as appropriate.

  c. Plaintiffs' Counsel will conduct at least two meetings with Laguna Honda residents at Laguna Honda Hospital. Plaintiffs' counsel will provide Cantonese and Spanish translation for at least one of these meetings. Defendant shall ensure that an appropriate room is available for such meetings.

  d. Protection and Advocacy shall set up a dedicated voicemail box and email address which shall be listed on the notice so that questions and concerns about the notice and/or the lawsuit can be promptly addressed.

  e. Defendant will post the notice on its website.

  f. Defendant will post the notice at Laguna Honda Hospital: (1) outside the Administrative Office on the first level; (2) near the 5th floor entrance; and (3) near the entrance to Clarendon Hall. In addition, for a period of 30 days, the notice shall also be posted on each unit and in or outside of each elevator bank.

  g. Defendant will post the notice at San Francisco General Hospital (SFGH).

  h. Defendant will provide the notice for posting to hospitals and other facilities from which Defendant admits individuals to Laguna Honda Hospital, including but not limited to the following locations: Board and Care settings; California Pacific Medical Center; Chinese Hospital; Home Health; Kaiser Hospital; UCSF at Mount Zion; R.K. Davies; St. Francis Memorial Hospital; St. Luke's Hospital; St. Mary's Medical Center; Seton Medical Center; UCSF Medical Center; and the VA Hospital.

  i. Defendant will provide a written or recorded copy of the notice, in the most appropriate format, to each individual on the waiting list for Laguna Honda, upon placement on the waiting list, and will direct the individual to Protection

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* C06-06346 WHA
REVISED STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE NOTICE OF CLASS CERTIFICATION

4

| | | |
|---|---|---|
| | | and Advocacy if she/he has questions or concerns about the notice or the lawsuit. |
| | j. | Defendant's Targeted Case Management (TCM) Program screens and/or assesses all current residents at Laguna Honda Hospital and, prior to admission to Laguna Honda, individuals at San Francisco General Hospital who are referred to TCM. Defendant will provide a written or recorded copy of the notice, in the most appropriate format, to each individual screened or assessed by TCM at the at the time of screening or assessment at San Francisco General and Laguna Honda Hospitals, and will direct the individual to Protection and Advocacy if she/he has questions or concerns about the notice or the lawsuit. |
| | k. | Defendant will provide a written or recorded copy of the notice, in the most appropriate format, to each individual upon discharge from Laguna Honda. |
| | l. | Defendant will send a written or recorded copy of the notice, in the most appropriate format, to individuals discharged from Laguna Honda since the filing of this lawsuit (October 12, 2006), to each individual's last known address. |
| | m. | Defendant shall post the notice in the Laguna Honda newspaper, *The Insider*, in the next issue after the notice is finalized. |
| | n. | Defendant will ensure that the notice is provided at relevant community meetings and hearings, including the Long-Term Care Coordinating Council, the Health Commission, the Mayor's Disability Council, meetings regarding the Laguna Honda rebuild and assisted living. |
| | o. | Defendant will ensure that the Ombudsman's office at Laguna Honda Hospital receives a copy of the notice in each format and translation, and additional copies if requested. |

5

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* C06-06346 WHA
REVISED STIPULATION AND [PROPOSED] ORDER RE NOTICE OF CLASS CERTIFICATION

    4.    <u>Duration of Notice Provision</u>: The procedures set forth in Section 3, above, shall remain in place through December 31, 2007. In addition, the procedures set forth in Section 3(j) and (k) shall remain in place through the pendency of this case in the District Court.

IT IS SO STIPULATED.

Respectfully submitted,

Protection and Advocacy, Inc.
Disability Rights Education and Defense Fund
Bazelon Center for Mental Health Law
AARP Foundation Litigation
Howrey LLP

Dated: _ July _26, 2007_____    By:    /s/ Elizabeth *Zirker*
Elizabeth Zirker

Attorneys for Plaintiffs

Dennis J. Herrera
City Attorney

By:    /s/ *James Emery*_____
James Emery
Deputy City Attorney

Attorneys for Defendant City and County of San Francisco

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: July _26_, 2007    By:    /s/ Elizabeth Zirker

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _July 30, 2007_____

By: _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

F:\DOCS\Chambers\PLEADINGS\Class Cert\notice\Final\Stipulation & Proposed Order re Notice - revised 7-25-07.doc

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* C06-06346 WHA
REVISED STIPULATION AND [PROPOSED] ORDER RE NOTICE OF CLASS CERTIFICATION