IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T. and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>       Defendant.<br>_____/ | No. C 06-06346 WHA<br><br>**ORDER RE REQUEST FOR ADMINISTRATIVE RELIEF** |

The Court has received the joint request for administrative relief, scheduling stipulation and proposed order. Before acting on this request, the Court asks (i) when the formal approvals will occur, and (ii) why any relief from the case management schedule is necessary given that trial will not occur until June 2, 2008. Please file a response by **FRIDAY, NOVEMBER 16, 2007**, at **NOON**.

**IT IS SO ORDERED.**

Dated: November 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE