IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T. and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant.<br>_____/ | No. C 06-06346 WHA<br><br>**ORDER RE PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT** |

Before ruling on the request for administrative relief, the Court wants to meet with counsel and consider the preliminary approval of the settlement agreement. There is no point in going through the administrative process for approval if the Court refuses the settlement agreement anyway. Please bring a copy of the settlement agreement to a hearing set for **TUESDAY, NOVEMBER 20, 2007**, at **9:00 A.M.**

  **IT IS SO ORDERED.**

Dated: November 16, 2007.

  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE