**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK CHAMBERS,  No. C 06-06346 WHA

    Plaintiff,

  v.  **ORDER RE REQUEST FOR ADMINISTRATIVE RELIEF**

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                                /

The Court has received a letter from counsel stating that the parties agree as follows: (i) no individual claims for damages by class members are waived pursuant to the settlement agreement; and (ii) the parties jointly recommend a fee award to class counsel in the amount of $300,000 for fees and costs, to be paid over time, and $200,000 for compliance oversight activities, and if the Court awards fees to plaintiffs' counsel in a different amount, either party may withdraw from the settlement agreement. In light of this letter, the Court approves the parties' joint request for administrative relief from the current case management order. All of the dates will slip **EIGHT** weeks.

    **IT IS SO ORDERED.**

Dated: November 26, 2007.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE