IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T., and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant.<br>_____ / | No. C 06-06346 WHA<br><br>**AMENDED CASE MANAGEMENT ORDER AND REMINDER NOTICE OF UPCOMING TRIAL AND FINAL PRETRIAL CONFERENCE** |

This notice serves as a friendly reminder that this case remains set for a **FINAL PRETRIAL CONFERENCE** on **JULY 14, 2008**, at **2:00 P.M.**, with a **BENCH TRIAL** on **JULY 28, 2008**. This takes into account the eight-week continuance previously granted. Please consult the existing case management order and review and follow all standing guidelines and orders of the undersigned for civil cases on the Court's website at http://www.cand.uscourts.gov. Continuances will rarely be granted.

The final pretrial conference will be an important event, for it will be there that the shape of the upcoming trial will be determined, including *in limine* orders, time limits and exhibit mechanics. Lead trial counsel must attend.

No final dismissal ever having been received, all parties must be prepared in accordance with the case schedule. The letters dated February 14 and today were appreciated

but do not demonstrate that a full settlement is completed. The Court has learned the hard way that supposed settlements often do not get finalized and it is best to maintain the case schedule unless and until a full dismissal is presented. Please do not ask for yet further postponements.

Counsel should prepare for trial and if the action fully resolves beforehand, that will be fine; if it does not, then counsel will be ready.

**IT IS SO ORDERED.**

Dated: March 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE