IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T., and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Defendant.

No. C 06-06346 WHA

**ORDER DENYING SCHEDULING STIPULATION**

The Court **DENIES** the parties' stipulation to continue pretrial and trial dates.

**IT IS SO ORDERED.**

Dated: March 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE