|     |     |
| --- | --- |
| 1   | IN THE UNITED STATES DISTRICT COURT |
| 2   | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

MARK CHAMBERS, WOODROW FALLS, JR., M. H., PHILLIP K., GERALD SCOTT, MARY T. and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO

    Defendant.

Case No.: C06-06346 WHA

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**

WHEREAS, the Court, by Order dated November 26, 2007, extended the case management deadlines in this case by eight weeks;

WHEREAS, the Parties requested a further extension of case management deadlines on March 19, 2008 because the City of San Francisco (the "City") has not completed its approval process for the settlement reached by the Parties;

WHEREAS, the Court, by Order dated March 19, 2008 has instructed the parties to proceed in accordance with the schedule set on November 26, 2007;

WHEREAS, the Parties respectfully request that the following modification to the scheduling order in order to meet the scheduled trial date:

- List of Issues re: Expert Testimony: May 16, 2008;
- Opening Expert Reports: June 13, 2008;
- Rebuttal Expert Reports: June 20, 2008;
- All discovery cut-off: June 27, 2008;

1 | WHEREAS, the current schedule set by the Court regarding the May 8, 2008 deadline for
2 | Dispositive Motions, the Final Pretrial Conference scheduled for July 14, 2008 and the Bench
3 | Trial beginning on July 28, 2008 shall remain unchanged.
4 | **IT IS SO STIPULATED.**
5 |
6 | Dated:  March 20, 2008

/S/
By:_____
JAMES M. EMERY
Attorneys for Defendant City and County of San Francisco

Dated:  March 20, 2008

/S/
By:_____
ELISSA GERSHON
Attorneys for PLAINTIFFS

The Court issues the following Case Management Order. Deadlines shall be extended as follows:

- List of Issues re: Expert Testimony: May 16, 2008;
- Opening Expert Reports: June 13, 2008;
- Rebuttal Expert Reports: June 20, 2008;
- All discovery cut-off: June 27, 2008;

The May 8, 2008 deadline for Dispositive Motions, the Final Pretrial Conference scheduled for July 14, 2008 and the Bench Trial beginning on July 28, 2008 shall remain unchanged.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Date: __March 24, 2008.__

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ Judge William Alsup]

F:\DOCS\Chambers\PLEADINGS\Stip & Prop order to amend discovery 3-19-08.doc