IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK CHAMBERS, et al. | ) | Case No.: C06-06346 WHA |
| Plaintiffs, | ) ) ) | **PROTECTIVE ORDER; STIPULATION AND (PROPOSED) ORDER** |
| v. | ) ) | |
| CITY AND COUNTY OF SAN FRANCISCO | ) ) ) | **CLASS ACTION** |
| Defendant. | ) ) ) ) | |

1  Defendant San Francisco shall provide confidential client information in accordance with the
2 Settlement Agreement incorporated herein and consistent with this Protective Order.  Plaintiffs'
3 counsel shall not have access to a class member's confidential information if the class member has
4 signed a refusal to authorize release of medical records, attached as Attachment B to this Protective
5 Order.  All client confidential information, including names and identifying information, shall be
6 covered under this Court Order except to the extent such disclosure is prohibited under the
7 psychotherapist-patient privilege as recognized by the federal courts.  Class counsel does not seek
8 material that would fall under the psychotherapist-patient privilege.

9  All confidential records or documents shall be provided under the following conditions:
10 The information provided pursuant to the Settlement Agreement shall be subject to the following
11 "For Attorneys' Eyes Only" PROTECTIVE ORDER.  These documents, and the confidential client
12 information contained therein, may be reviewed only by counsel and their staff in this Settlement
13 Agreement except as specified herein.  Class counsel are prohibited from sharing the documents or
14 their contents with any one other than the expert consulting team and its staff, and mediators and
15 arbitrators retained as set forth in the Settlement Agreement.  Neither the documents nor the
16 information contained therein may be shared with any other person absent stipulation or court order.
17 Neither the provided documents nor any information contained therein may be used for any purpose
18 outside this Settlement Agreement and must be either:  (1) returned to defendant San Francisco at the
19 conclusion of this Settlement Agreement; or (2) destroyed pursuant to an agreement with San
20 Francisco.  The experts, mediators, and arbitrators shall store the information in a secure setting and
21 use it only for purposes of analysis for this Settlement Agreement, and shall sign a confidentiality
22 agreement memorializing this order.  This order does not affect San Francisco's access to or use of
23 the subject information.  Any party that attempts to file with the court any documents covered in this
24 protective order shall make every effort to comply with Civil Local Rule 79-5 in filing such
25 documents under seal.
26 ///
27 ///
28

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* CASE NO. C06-06346 WHA
STIPULATION AND (PROPOSED) PROTECTIVE ORDER

IT IS SO STIPULATED:

Dated: April 24, 2008  _____  CITY AND COUNTY OF SAN FRANCISCO
DENNIS J. HERRERA
City Attorney

By: _____/s/_____
James Emery
Deputy City Attorney
Counsel for Defendant San Francisco

Protection & Advocacy, Inc.
AARP Foundation Litigation
Bazelon Center For Mental Health Law
Disability Rights Education and Defense Fund
Howrey LLP

By: _____/s/_____
Elissa Gershon
Counsel for Plaintiffs

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: April 24, 2008  By:  /s/ Elissa Gershon

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  By: _____
WILLIAM H. ALSUP
United States District Judge

F:\DOCS\Chambers\PLEADINGS\SETTLEMENT\FINAL 4-24-08\Stip and Proposed Protective Order 4-24-08.doc

---

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO,* CASE NO. C06-06346 WHA
STIPULATION AND (PROPOSED) PROTECTIVE ORDER