AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

You are a class member in the lawsuit *Chambers v. City and County Of San Francisco*.  The purpose of the Settlement Agreement of this case is to enhance community-based living options for you and other class members, through the provision of services and housing.  This Release will allow Plaintiffs' counsel to receive information from your community providers to ensure that class members receive the benefits for which they are eligible under this Agreement.

**NOTE:** Your protected health information can be disclosed only if this authorization form is completely filled out and is dated and signed. *See,* Health Insurance Portability and Accountability Act (HIPAA) Privacy Regulations, 45 C.F.R. § 164.508(b)(2)(ii), 164.501; Cal. Civil Code § 56.11, 56.05(f)

**I, _____, authorize:** my healthcare, housing, and community service providers **to release my health information (as described below) to:**

> Protection & Advocacy, Inc., lead counsel for class in *Chambers* Settlement
> 1330 Broadway, Suite 500, Oakland, CA 94612

**Description of the health information to be disclosed,** including (as needed) specific identification of the information such as type of record, date(s) or range of dates. *See,* 45 C.F.R. §§ 164.508(c)(1)(i). (A separate authorization form must be used for disclosure of psychotherapy notes.) *See,* 45 C.F.R. 164.508(b)(3)(ii), 164.501 (definition of "psychotherapy notes"): health information, including my Community Living Plan, documents relating to discharge planning, community services, and housing.

**Description of each purpose for which my health information is to be disclosed or used**  *See*, 42 C.F.R. § 164.508(c)(1)(iv), 164.501: For the purposes of monitoring of the *Chambers* Settlement by Plaintiffs' counsel

I understand that if my protected health information is further disclosed by the recipient of the information, it might no longer be protected under federal health information privacy regulations or California medical information privacy laws, unless it is disclosed to a health care provider or health plan.  *See,* 45 C.F.R. §§ 164.508(a)(1), 164.508(c)(2)(iii), Cal. Civil Code § 56.13.  However, other confidentiality requirements may protect my health information from disclosure.

I have had the opportunity to read and consider this authorization. This authorization is voluntary on my part and has been approved by me.

Exhibit A                                  1

AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

I understand that I may revoke this authorization at any time by writing to the provider(s) of the health information named above, except that I cannot revoke this authorization to the extent that any health care provider or health plan named above has taken action in reliance on this authorization. I may not be denied treatment, payment, enrollment in a health plan, or eligibility for benefits, including any benefits I may be entitled to as a class member in the *Chambers* suit.

I understand that I have a right to receive a copy of this authorization.

A photocopy or facsimile of this authorization may be used in place of the original.

**This authorization expires:**  At the conclusion of Plaintiffs' counsel's monitoring of Settlement Agreement in the case, *Chambers et al. v. City and County of San Francisco.*

**Signed:** _____ **Date:** _____

**Name(s) of person(s) signing:** _____

Relationship or authority of person signing (if signed by personal representative, *e.g.* parent, guardian, conservator, health care agent). *See,* 45 C.F.R. §§ 164.508(c)(1)(vi), 164.502(g): _____

**Date of Birth** of Patient/Client (optional, but important for identification):
_____

---

This authorization form must be used for disclosure of health information by a health care provider or health plan.  45 C.F.R. §§ 164.508(a), 160.103, 164.50; Cal. Civil Code §§ 56.10(a), 56.11, 56.05, 56.13.  "*Health information* means any information, whether oral or recorded in any form or medium, that: (1) Is created or received by a health care provider, health plan, public health authority, employer, life insurer, school or university, or health care clearinghouse; and (2) Relates to the past, present, or future physical or mental health or condition of an individual; the provision of health care to an individual; or the past, present, or future payment for the provision of health care to an individual." 45 C.F.R. § 160.103.