# CLASS MEMBER REVOCATION OF AUTHORIZATION TO RELEASE INFORMATION PURSUANT TO *CHAMBERS* SETTLEMENT AGREEMENT

You are a class member in the lawsuit *Chambers v. City and County of San Francisco*. The purpose of the Settlement Agreement in this case is to enhance community-based living options for you and other class members, through the provision of services and housing.

One of the jobs of the Plaintiffs' counsel is to monitor San Francisco's implementation of the Agreement to ensure that class members receive the benefits for which they are eligible under this agreement. In order to do this, Plaintiffs and San Francisco have agreed that San Francisco shall provide Plaintiffs' class counsel with class members' medical records and other information.

The Court in the case has issued a "Protective Order" to ensure that all client confidential information, including names and identifying information, shall be kept confidential. Class counsel does not seek material that would fall under the psychotherapist-patient privilege. The information may only be used by Plaintiffs' counsel and their experts for purposes of monitoring the Agreement, and the judge, mediator, or arbitrator in the case of a dispute. At the end of the Agreement, the documents will be either returned to San Francisco or destroyed.

However, if you do not wish your information to be provided to class counsel, you may revoke authorization of release of this information by signing in the box below. This will not affect your membership in the class or any benefits for which you are eligible under the Settlement Agreement.

> **I HAVE READ THIS FORM OR HAVE HAD IT READ TO ME. I UNDERSTAND THAT THE PURPOSES OF GIVING PLAINTIFFS' COUNSEL ACCESS TO MY MEDICAL RECORDS IS SO THAT THEY CAN MONITOR THE *CHAMBERS* SETTLEMENT AGREEMENT AND WHETHER I AM GETTING THE SERVICES I AM ELIGIBLE FOR UNDER THE SETTLEMENT.**
>
> **KNOWING THIS, I HEREBY REVOKE AUTHORIZATION OF THE RELEASE OF MY CONFIDENTIAL INFORMATION FOR THE PURPOSES OF MONITORING THE *CHAMBERS* SETTLEMENT AGREEMENT.**
>
> **Signed:**_____
>
> **Name of Person Signing:** _____
>
> **Date:**_____