Elissa Gershon, State Bar No. 169741
Kimberly Swain, State Bar No. 100340
Elizabeth Zirker, State Bar No. 233487
PROTECTION & ADVOCACY, INC.
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone:   (510) 267-1200
Facsimile:    (510) 267-1201
Elissa.Gershon@pai-ca.org
Kim.Swain@pai-ca.org
Elizabeth.Zirker@pai-ca.org

Attorneys for Plaintiffs

[Complete list of counsel on following pages.]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, WOODROW FALLS, JR., M. H., PHILLIP K., GERALD SCOTT, MARY T. and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No.:<br><br>**NOTICE OF DEATH OF NAMED PLAINTIFF PHILLIP K. AND [PROPOSED] ORDER TO REMOVE HIS NAME FROM FUTURE FILINGS IN THIS MATTER**<br><br>**CLASS ACTION** |

i

*MARK CHAMBERS ET AL. V. CITY AND COUNTY OF SAN FRANCISCO*
NOTICE OF DEATH OF NAMED PLAINTIFF PHILLIP K. AND [PROPOSED] ORDER TO REMOVE HIS NAME FROM FUTURE FILINGS IN THIS MATTER

1  Arlene Mayerson, State Bar No. 79310
   Larisa Cummings, State Bar No. 131076
2  Silvia Yee, State Bar No. 222737
   DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
3  2212 Sixth Street
   Berkeley, CA 94710
4  Telephone:   (510) 644-2555
   Facsimile:    (510) 841-8645
5  amayerson@dredf.org
   lcummings@dredf.org
6  syee@dredf.org

7  Ira Burnim, *Pro Hac Vice*
   Jennifer Mathis, *Pro Hac Vice*
8  BAZELON CENTER FOR MENTAL HEALTH LAW
   1101 – 15th Street, N.W., Suite 1212
9  Washington, D.C, 20005-2002
   Telephone:   (202) 467-5730
10 Facsimile:    (202) 223-0409
   irab@bazelon.org
11 jenniferm@bazelon.org

12 Bruce Vignery, *Pro Hac Vice*
   Dorothy Siemon, *Pro Hac Vice*
13 AARP FOUNDATION LITIGATION
   601 "E" Street, N.W., Bldg A4-170
14 Washington, DC 20049
   Telephone:   (202) 434-2060
15 Facsimile:    (202) 434-2127
   BVignery@aarp.org
16 DSiemon@aarp.org

17 Henry Su, State Bar No. 211202
   Aaron Myers, State Bar No. 200145
18 HOWREY LLP
   1950 University Avenue, 4th Floor
19 East Palo Alto, CA 94303
   Telephone:   (650) 798-3500
20 Facsimile:    (650) 798-3600
   Suh@howrey.com
21 Myersa@howrey.com

22 Joseph Song, State Bar No. 239494
   HOWREY LLP
23 525 Market Street, Suite 3600
   San Francisco, CA 94105
24 Telephone:   (415) 848-4900
   Facsimile:    (415) 848-4999
25 Songj@howrey.com

26

27

ii

28 *MARK CHAMBERS ET AL. V. CITY AND COUNTY OF SAN FRANCISCO*
*NOTICE OF DEATH OF NAMED PLAINTIFF PHILLIP K. AND* [PROPOSED] *ORDER TO REMOVE HIS NAME FROM FUTURE FILINGS IN THIS MATTER*

1    This Notice and [Proposed] Order is to inform the Court and parties of the death of Plaintiff
2  Phillip K., named in the original Complaint filed in this action on October 11, 2006, and to request
3  that the Court approve the removal of his name and information from future filings in this matter.
4  As stated in the attached Declaration of Elizabeth Zirker, Phillip K. died on August 1, 2008 in San
5  Francisco, California.

Dated: August 7, 2008                               Respectfully Submitted

                                                    Protection and Advocacy, Inc.
                                                    AARP Foundation Litigation
                                                    Bazelon Center for Mental Health Law
                                                    Disability Rights Education and Defense Fund
                                                    Howrey LLP


                                                    By:_____/s/_____
                                                    Elizabeth Zirker, Attorney
                                                    On Behalf of Plaintiffs


**WHEREAS**, named plaintiff Phillip K. died on August 1, 2008, and therefore his name and information will not appear in future filings in this action.

**IT IS SO ORDERED.**


Date: __August 8, 2008._____        By: _____
                                           HON. WILLIAM H. ALSUP
                                           UNITED STATES DISTRICT JUDGE


F:/DOCS/Chambers/Pleadings/Motions/Notice and Order re- Death of Named Plaintiff.doc

1

*MARK CHAMBERS ET AL. V. CITY AND COUNTY OF SAN FRANCISCO*
*NOTICE OF DEATH OF NAMED PLAINTIFF PHILLIP K. AND [PROPOSED] ORDER TO REMOVE HIS NAME FROM FUTURE FILINGS IN THIS MATTER*