IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T., and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 06-06346 WHA

**ORDER RE CLOSING FILE**

The Court would like to close the file in this matter. Is there any reason why this file cannot be closed? Please respond by **NOON ON DECEMBER 1, 2008**.

**IT IS SO ORDERED.**

Dated: November 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE