IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T., and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.. | No. C 06-06346 WHA<br><br>**QUESTIONS FOR COUNSEL** |

At the hearing tomorrow, counsel should please be prepared to explain how many class members there were in total, at the time of the settlement, and how many of those individuals have received any tangible benefits from the settlement and what those benefits were. The Court is concerned only a fraction of the class members have received any tangible benefits.

**IT IS SO ORDERED.**

Dated: June 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE