IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T., and THE INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | No. C 06-06346 WHA<br><br>**MEMORANDUM OPINION CONCERNING THE END OF JURISDICTION IN THIS MATTER** |

The order granting final approval of the settlement agreement in this action states: "The Court will retain jurisdiction over this matter for the purpose of assuring compliance with the terms of the Settlement Agreement, as set forth in Paragraph XV of the Agreement" (Dkt. No. 93). Paragraph XV of the Settlement Agreement states: "The Parties will join in asking the Court to enter a judgment approving this Settlement Agreement and to retain jurisdiction over this matter for the purpose of assuring compliance with the terms of the Settlement Agreement" (Dkt. No. 83-3). In addition, Paragraph XIX ("Termination of Agreement") states:

    A.    This Settlement Agreement and Defendant's obligations hereunder, except those obligations set forth in section XIX.B below, will terminate (3) three years from the date of final approval of the settlement by the Court, unless the Court, in its discretion, extends the term of this Settlement Agreement upon finding a material breach.

    B.    Section VIII.B of this Settlement Agreement and Defendant's obligations hereunder, including reporting obligations as set forth

in section XII and dispute resolution contained in section XVI, will terminate five years from the date of final approval of the settlement by the Court, unless the Court, in its discretion, extends the term of this Settlement Agreement upon finding a material breach.

Section VIII.B of the Agreement concerns the Laguna Honda Hospital Rent Subsidy Program. The order granting final approval of the settlement agreement was entered on September 18, 2008. Accordingly, jurisdiction in this matter will terminate on September 18, 2011, as to all rights and obligations of the parties except with regard to the Laguna Honda Hospital Rent Subsidy Program, except upon further order of the Court. And jurisdiction in this matter will terminate on September 18, 2013, as to all other rights and obligations of the parties, except upon further order of the Court. Counsel are admonished that any motion to extend jurisdiction must be filed *before* jurisdiction expires.

Dated: February 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2