```
1  Joseph Song (SBN 239494)
   songj@howrey.com
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, California 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  Attorney for Plaintiffs
   MARK CHAMBERS, WOODROW FALLS,
6  JR., M.H., PHILLIP K., GERALD SCOTT,
   MARY T., and THE LIVING RESOURCE
7  CENTER OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK CHAMBERS, WOODROW FALLS, JR., M.H., PHILLIP K., GERALD SCOTT, MARY T., and THE LIVING RESOURCE CENTER OF SAN FRANCISCO<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. C-06-06346-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW JOSEPH SONG, HENRY C. SU, GREGG AARON MYERS, AND ROBERT F. KRAMER AS COUNSEL OF RECORD FOR PLAINTIFFS.<br><br>Hon. William H. Alsup |

Before the Court is an Unopposed Motion to Withdraw Joseph Song, Henry C. Su, Gregg Aaron Myers, and Robert F. Kramer as counsel of record for Plaintiffs Mark Chambers, Woodrow Falls, Jr., M.H., Phillip K., Gerald Scott, Mary T., and The Living Resource Center of San Francisco ("Plaintiffs") in the above-referenced action.

IT IS HEREBY ORDERED that Joseph Song, Henry C. Su, Gregg Aaron Myers, and Robert F. Kramer are withdrawn as counsel of record for Plaintiffs. IT IS FURTHER ORDERED that the Clerk remove Messrs. Song, Su, Myers, and Kramer from CM/ECF electronic service in this proceeding.

1  **IT IS SO ORDERED.**

2  Dated: _March 7, 2011._            By: _/s/ William Alsup_
3                                          Hon. William H. Alsup
                                            United States District Court Judge

HOWREY LLP

[PROPOSED] ORDER RE MOTION
TO WITHDRAW
Case No. C 06-06346 WHA

2