Elissa Gershon, State Bar No. 169741
Kimberly Swain, State Bar No. 100340
Elizabeth Zirker, State Bar No. 233487
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone:    (510) 267-1200
Facsimile:    (510) 267-1201
Elissa.Gershon@disabilityrightsca.org
Kim.Swain@disabilityrightsca.org
Elizabeth.Zirker@disabilityrightsca.org

Attorneys for Plaintiffs

[Complete list of counsel on following pages.]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHAMBERS, et al. | Case No.: C06-06346 WHA |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING REPORTING AND JURISDICTION** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO | |
| Defendant. | |

i

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO* C06-06346 WHA, STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING REPORTING AND JURISDICTION

Arlene Mayerson, State Bar No. 79310
Larisa Cummings, State Bar No. 131076
Silvia Yee, State Bar No. 222737
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Telephone:   (510) 644-2555
Facsimile:   (510) 841-8645
amayerson@dredf.org
lcummings@dredf.org
syee@dredf.org

Ira Burnim, *Pro Hac Vice*
Jennifer Mathis, *Pro Hac Vice*
BAZELON CENTER FOR MENTAL HEALTH LAW
1101 – 15th Street, N.W., Suite 1212
Washington, D.C, 20005-2002
Telephone:   (202) 467-5730
Facsimile:   (202) 223-0409
irab@bazelon.org
jenniferm@bazelon.org

Bruce Vignery, *Pro Hac Vice*
AARP FOUNDATION LITIGATION
601 "E" Street, N.W., Bldg A4-170
Washington, DC 20049
Telephone:   (202) 434-2060
Facsimile:   (202) 434-2127
BVignery@aarp.org

Dennis J. Herrera (SBN 139669)
City Attorney
Danny Chou (SBN 180240)
Chief of Affirmative and Complex Litigation
James M. Emery (SBN 153630)
Aleeta Van Runkle (SBN 124563)
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3987
Facsimile:   (415) 554-3837
Dennis.Herrera@sfgov.org
Danny.chou@sfgov.org
Jim.emery@sfgov.org
Aleeta.van.runkle@sfgov.org

Attorneys for Defendant
City and County of San Francisco

ii

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO* C06-06346 WHA, STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING REPORTING AND JURISDICTION

The parties hereby stipulate as follows:

1. Pursuant to Section XIX.A of the Settlement Agreement approved by the Court on September 18, 2008, (ECF Nos. 83-4 and 93), this Court's jurisdiction shall terminate as of September 18, 2011 except for Defendant's obligations under Section VIII.B, as set forth in Section XIX.B of the Settlement Agreement.

2. Pursuant to Section XIX.B of the Settlement Agreement, the Court's jurisdiction shall terminate as to Section VIII.B on September 18, 2013 unless the Court, in its discretion, extends the term of the Settlement Agreement upon finding a material breach.

3. In furtherance of Plaintiffs' remaining monitoring obligations, and in order to provide Plaintiffs with information concerning the implementation of recent programmatic changes undertaken by Defendant to further Defendant's compliance with the Settlement Agreement, San Francisco agrees to provide the following reports and access to Class Member information to Plaintiffs' counsel:

    a. Plaintiffs' counsel shall continue to have the same access to the DCIP database as under our current agreement until September 18, 2013;

    b. San Francisco shall provide aggregate data, on a quarterly basis, on the following data elements identified in the Settlement Agreement, Attachment A: 1, 2, 3, 5, 6, 7, 10, 11, 22, 23, 27, 31, 33 until September 18, 2013;

    c. San Francisco shall provide, on a quarterly basis, QAIP reports, as well as any new indicators or protocols as they are developed until September 18, 2013;

    d. San Francisco shall provide semi-annual Community Living Fund reports prepared for the Board of Supervisors;

    e. The parties agree to meet quarterly, with City staff as necessary, to discuss and address issues related to information exchanged pursuant to Section 3(a)-(d) of this Stipulation until September 18, 2012. Prior to September 18, 2012, the parties shall meet and confer as to whether continued meetings are necessary and merited;

1

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO* C06-06346 WHA, STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING REPORTING AND JURISDICTION

4. The parties agree that the dispute resolution provisions of the Settlement Agreement (Section XVI) remain in effect through September 18, 2013 as to Section VIII of the Settlement Agreement and the parties' obligations set forth in Section 3 of this Stipulation.

Respectfully Submitted,

Date: September 15, 2011     By: _____/s/_____
Aleeta van Runkle
Attorneys for Defendant City and County
of San Francisco

Date: September 15, 2011     By: _____/s/_____
Elissa Gershon
Attorneys for Plaintiffs

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Date: September 15, 2011     By: _____/s/_____
Elissa Gershon
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: September 29, 2011.     By: _____[signature]_____
William Alsup
UNITED STATES DISTRICT JUDGE

2

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO* C06-06346 WHA, STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING REPORTING AND JURISDICTION

U:\BAY\SHARED\Chambers\Settlement Implementation\Stipulation Regarding Continuing Reporting and Jurisdiction - FINAL - 9-15-11.docx

3

*MARK CHAMBERS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO* C06-06346 WHA, STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING REPORTING AND JURISDICTION